IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEONDRE TERRELL HUDSON,** | CIV S-08-0277 GEB DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **J. WALKER, Warden, et al.,** | |
| Respondents. | |

Respondents have filed a request for an extension of time to file a response to petitioner's petition for writ of habeas corpus. GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondents' response to petitioner's petition for writ of habeas corpus shall be filed on or before April 21, 2008.

DATED: March 19, 2008.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/huds0277.111