IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEONDRE TERRELL HUDSON,** | 2:08-CV-0277 GEB DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **J. WALKER, Warden, et al.,** | |
| Respondents. | |

On April 18, 2008, Respondents requested a second extension of time to file a response to Petitioner's Petition for Writ of Habeas Corpus. GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Respondents' response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before May 21, 2008.

DATED: April 22, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/huds0277.111(2)