IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEONDRE TERRELL HUDSON,

    Petitioner,               No. CIV S-08-0277 GEB DAD P

    vs.

J. WALKER, Warden, et al.,

    Respondents.          ORDER

_____/

        Petitioner has filed a request for an extension of time to file a traverse pursuant to the court's order of February 21, 2008. Good cause appearing, petitioner's request will be granted.

        Petitioner has also filed a request to substitute Michael J. McGinnis as his counsel of record in this action. Attorney McGinnis's consent to the substitution is reflected in the pleading filed with the court. Petitioner was previously proceeding pro se. Good cause appearing, petitioner's request in this regard will be granted as well.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's June 16, 2008 motion for an extension of time to file a traverse is granted;

/////

1    2. Petitioner's traverse shall be filed on or before July 15, 2008; and

2    3. Petitioner's June 16, 2008 request for substitution of counsel is granted.

3 DATED: June 20, 2008.

```
_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE
```

DAD:9
huds0277.111t